P_B-9.wpd
PROB AZ B-9
(Rev 9/94)

UNITED STATES DISTRICT COURT
FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 11-04065MP-001-PCT-MEA |
| v. ) | |
| ) | |
| SALABA, RAY M ) | |

## WAIVER AND ORDER

Modification of Probation Conditions

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of probation. 18 U.S.C. 3563(c).

☐ any modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

Extend term of unsupervised probation for one year, to expire on April 19, 2013

ORDER OF COURT

Considered and ordered this 12TH day of April, 2012 and ordered filed and made a part of the records in the above case.

_____
Mark E. Aspey
U.S. Magistrate Judge

X _____
Ray M Salaba
Defendant

X 4-9-2012
Date

_____
Rod McKone
U.S. Probation Officer

April 12, 2012
Date